MORAN v. VREELAND.

(Supreme Court, Appellate Division, First Department. May 6, 1898.)

INSPECTION OF INSTRUMENTS—LACHES.

A party who desires the inspection of an instrument for the purpose of preparing for trial cannot ordinarily wait until after the cause has been set down for trial, and has actually appeared upon the day calendar, before making his application; and if he does so, without showing a sufficient excuse, his application will be denied upon the ground of laches.

Appeal from special term, New York county.

Action by Michael Moran against Stephen S. Vreeland. From an order granting discovery and inspection of a letter written by defendant to plaintiff, plaintiff appeals. Reversed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, McLAUGHLIN, and INGRAHAM, JJ.

Charles De Hart Brower, for appellant.
Louis W. Stotesbury, for respondent.

PER CURIAM. The complaint in this action was served in November, 1895, and the answer was verified the 24th of March, following. The cause appeared upon the clerk's calendar February 4, 1898, and it was then set down for a day certain for trial. On March 14, 1898, it appeared on the day calendar for trial; and on that day the defendant applied for, and obtained, ex parte, an order to show cause and a stay in the meantime, returnable one week later, why he should not have full discovery and inspection of a letter written by himself to the plaintiff. On the hearing of the order to show cause, the court granted his application.

We think that the defendant's motion should have been denied. A party who desires the inspection of an instrument for the purpose of preparing for trial cannot ordinarily wait until after the cause has been set down for trial, and has actually appeared upon the day calendar, before making his application. If he does, his application should be denied upon the ground of his own laches. The trial of a cause which has been at issue nearly two years cannot be delayed in this way. There is nothing in the moving papers to justify or excuse the defendant for waiting until the day when the trial was to begin before making the application for inspection.

The order appealed from must be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.